EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: David W. Román Rodríguez | 2000 TSPR 27 |
| --- | --- |

Número del Caso: AB-1998-0192

Fecha: 18/02/2000

Abogados de la Parte Peticionaria: Lcdo. Gerardo Ortiz del Rivero
Lcdo. Ignacio Rivera
Lcdo. Carlos R. Noriega

Oficina del Procurador General: Lcda. Cynthia Iglesias Quiñones
Procuradora General Auxiliar

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

David W. Román Rodríguez                AB-1998-192




                        RESOLUCION



        San Juan, Puerto Rico, a 18 de febrero de 2000.

        Examinada la Moción en Cumplimiento de Orden presentada
    el 31 de enero de 2000 por el querellado y su solicitud de
    reinstalación de 28 de abril de 1999, se ordena el archivo
    de la queja de epígrafe y se reinstala a David W. Román
    Rodríguez al ejercicio de la abogacía.

        Se le concede a la Directora de la Oficina de Inspección de
    Notarías treinta (30) días para que rinda un informe sobre
    la obra notarial del Lcdo. Román Rodríguez.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del
    Tribunal Supremo.




                            Isabel Llompart Zeno
                        Secretaria del Tribunal Supremo